JACOB A. YERGER
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
Email: Jacob.Yerger@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
AUG 21 2025
Clerk, US District Court
District of Montana - Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ANDRE LAMAR ALEXANDER, <br><br> Defendant. | CR 25- 97 -BLG-SPW <br><br> INDICTMENT <br><br> PROHIBITED PERSON IN POSSESSION OF A FIREARM <br> Title 18 U.S.C. § 922(g)(1) <br> (Penalty: Fifteen years of imprisonment, $250,000 fine, and three years of supervised release) <br><br> CRIMINAL FORFEITURE <br> Title 18 U.S.C. § 924(d) |

THE GRAND JURY CHARGES:

That on or about August 3, 2025, in Billings, within Yellowstone County, in

the State and District of Montana, the defendant, ANDRE LAMAR

ALEXANDER, knowing he had been convicted of a crime punishable by

1

imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of the offense set forth in this indictment, the defendant, ANDRE LAMAR ALEXANDER, shall forfeit, pursuant to 18 U.S.C. § 924(d), any firearms and ammunition involved in any knowing violation of said offense.

A TRUE BILL.

_____
FOREPERSON

_____
KURT G. ALME
United States Attorney

_____
CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney