**JACOB A. YERGER**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Avenue North, Suite 3200
Billings, Montana 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
Email: Jacob.Yerger@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **ANDRE LAMAR ALEXANDER,** Defendant. | **CR 25-97-BLG-SPW** **MOTION FOR WRIT OF HABEAS CORPUS (AD PROSEQUENDUM)** |

The United States of America, represented by Jacob A. Yerger, Assistant United States Attorney for the District of Montana, petitions the Court to issue a Writ of Habeas Corpus directing the Sheriff of Yellowstone County, and Craig J. Anderson, United States Marshal for the District of Montana, to bring **Andre Lamar Alexander**, before the Court at the following time and place:

1

TIME/DATE:	September 4, 2025, at 2:00 p.m.

PLACE:	James F. Battin U.S. Courthouse
2601 Second Avenue North
Billings, MT 59101

The presence of **Andre Lamar Alexander** is needed to permit him to answer to the indictment charging him with prohibited person in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).

On August 21, 2025, the Indictment was filed. A warrant for **Andre Lamar Alexander's** appearance was filed by the Court on August 21, 2025. **Andre Lamar Alexander** is presently confined at the Yellowstone County Correctional Facility and therefore cannot appear before this Court unless this Writ is issued.

DATED this 29th day of August, 2025.

KURT G. ALME
United States Attorney


*/s/ Jacob A. Yerger*
JACOB A. YERGER
Assistant U.S. Attorney